IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )  <br>  )  <br>        Plaintiff,  )  <br>  )  <br>   vs.  )  <br>  )  <br>LUIS GALVAN,  )  <br>  )  <br>        Defendant.  ) | 8:06CR159  <br><br>**SCHEDULING ORDER** |

UPON THE ORAL MOTION OF THE DEFENDANT,

IT IS ORDERED that the Initial Appearance and Arraignment is continued to **June 2, 2006** at **3:00 p.m.** before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska.

Since this is a criminal case, the defendant must be present, unless excused by the Court.

DATED this 22nd day of May, 2006.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge